# EXHIBIT 1

**KeyBank**

Return Mail Processing Center
PO Box 6336
Portland, OR 97228-6336

Important security notice for your account(s) ending in ▮▮▮▮


*4005972800001643476*
000 0003479 00000000 0001 0002 01740 INS: 0 0
AURORA MURGU
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
WESTLAKE OH 44145-4582

August 26, 2022

### NOTICE OF VENDOR SECURITY INCIDENT

Dear Aurora Murgu:

Your business is important to us, and the security of your accounts and personal information is something we take very seriously. We are writing to let you know about an incident involving your personal information that occurred at a vendor used by KeyBank. *Please read this entire letter as it contains information to help keep your data secure.*

**What happened?**
On August 4, 2022, we were contacted by Overby-Seawell Company (OSC), regarding a cybersecurity incident affecting KeyBank clients. OSC is a vendor that provides KeyBank ongoing verification that our residential mortgage clients are maintaining property insurance. OSC informed us that an unauthorized external party had gained remote access to their network and on July 5, 2022 acquired certain information from a number of OSC clients, including certain personal information of KeyBank clients.

**What information was involved?**

Information pertaining to your KeyBank mortgage was part of the data acquired from OSC systems. The specific information acquired includes your:
- name
- mortgage property address
- mortgage account number(s) and mortgage account information
- phone number
- property information
- the first eight digits of your Social Security number
- home insurance policy number and home insurance information

Please know that any other accounts you may have at KeyBank are not affected by this incident, as only mortgage information is shared with OSC. Further, this incident did not affect any computer system at KeyBank.

If you have any questions or would like to talk to someone about this incident, you can reach us at:

KeyBank Client Relations at 1-844-982-3574
9:00 a.m. – 9:00 p.m. ET, Monday through Friday
(TDD/TTY device: 1-503-597-7662)

**What are we doing?**
OSC is investigating this incident with the assistance of third-party cybersecurity experts. They have deployed enhanced security monitoring tools across their network and notified the Federal Bureau of Investigation (FBI) of this incident.

We encourage you to take advantage of a complimentary two-year membership to Equifax® Complete™ Premier made possible by OSC. This service helps detect possible misuse of your personal information and provides you with identity protection support focused on identification and resolution of identity theft.

Key.com is a federally registered service mark of KeyCorp. ©2022 KeyCorp.
KeyBank Member FDIC. 220811-1678525

AH1701 v.02



**EXHIBIT 1**