UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL BOZIN *individually and on behalf of all others similarly situated, And as Executor of the Estate of Deceased Aurora Murgu,* | ) CASE NO.  1:22-cv-01536 )  ) JUDGE DAVID A. RUIZ ) ) |
| Plaintiff, | ) ) ORDER OF RECUSAL |
| v. | ) ) |
| KEY BANK, N.A., *et al.*, | ) ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 455, I hereby disqualify myself from this case.  The case is returned to the Clerk of Court for reassignment to another District Judge.

IT IS SO ORDERED.

Dated: September 6, 2022

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

1