UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **DANIEL BOZIN**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **KEYBANK, N.A**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-01536 <br><br> **Judge Charles Esque Fleming** <br><br> Complaint filed August 30, 2022 |
| **MELISSA URCIUOLI**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **KEYBANK, N.A**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-01598 <br><br> **Judge Solomon Oliver, Jr.** <br><br> Complaint filed September 8, 2022 |
| **MICHAEL JAMES BROUTY**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **KEYBANK, N.A**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-01885 <br><br> **Judge Charles Esque Fleming** <br><br> Complaint filed October 19, 2022 |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

NOW COME Plaintiffs in the above-captioned actions and identified by name below, by and through counsel, and hereby move to consolidate their Actions into the first-filed *Bozin* Action, as well as any subsequently filed or transferred related actions, for all purposes, including pretrial

proceedings and trial, pursuant to Fed. R. Civ. P. 42(a).

- On August 30, 2022, plaintiff Daniel Bozin, as Executor of the Estate of Aurora Murgu, filed a Class Action Complaint in the Northern District of Ohio, styled as *Bozin, et al. v. KeyBank, National Association, et al.*, Case No. 1:22-cv-01536 (the "*Bozin* Action"). On September 14, 2022, a First Amended Complaint was filed in the *Bozin* Action on behalf of Daniel Bozin, as Executor of the Estate of Aurora Murgu, James McNichol, Jessica McNichol, Kristi Burk, and Patricia Burk (the "*Bozin* Plaintiffs"). *See Bozin* Action, Doc. 11.

- On September 8, 2022, plaintiffs Melissa Urciuoli, James Urciuoli, Joseph Turowski, Jr., and Teresa Turowski (the "*Urciuoli* Plaintiffs") filed a Class Action Complaint in the Northern District of Ohio styled as *Urciuoli, et al. v. KeyBank, National Association, et al.*, Case No. 1:22-cv-01598 (the "*Urciuoli* Action").

- On October 19, 2022, plaintiffs Michael James Brouty, Melissa D. Kauffman, and Lebertus Vanderwerff (the "*Brouty* Plaintiffs") filed a Class Action Complaint in the Northern District of Ohio styled as *Brouty, et al. v. KeyBank, National Association, et al.*, Case No. 1:22-cv-01885 (the "*Brouty* Action").

The *Bozin* Action, *Urciuoli* Action, and *Brouty* Action (collectively, the "Related Actions") share common questions of facts and law. The *Bozin* Plaintiffs, the *Urciuoli* Plaintiffs, and the *Brouty* Plaintiffs (collectively, the "Plaintiffs") agree that the Related Actions involve identical factual allegations against the same Defendants regarding the same data breach, have materially similar allegations against Defendants, and seek to certify materially similar classes.

Plaintiffs' counsel has conferred with counsel for the Defendant KeyBank who took no position, and Defendant Overby-Seawell did not respond to attempts to confer.

For these reasons and the reasons set forth in the accompanying Memorandum in Support, Plaintiffs respectfully ask this Court to grant their Motion to Consolidate and adopt the proposed briefing schedule contained in their accompanying Memorandum in Support. A proposed order is submitted for the Court's consideration.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
**DANN LAW**
15000 Madison Ave.
Lakewood, OH 44107
*notices@dannlaw.com*

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
*tom@attorneyzim.com*
Jeffrey D. Blake (admitted *pro hac vice*)
*jeff@attorneyzim.com*
**Zimmerman Law Offices, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
*firm@attorneyzim.com*

*Counsel for the Bozin Plaintiffs and the Proposed Class and Subclass*

Gary F. Lynch
Jamisen A. Etzel (*pro hac vice* forthcoming)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
*gary@lcllp.com*
*jamisen@lcllp.com*

Christian Levis (*pro hac vice* forthcoming)
Amanda G. Fiorilla (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

White Plains, NY 10601
Telephone: (914) 997-0500
*clevis@lowey.com*
*afiorilla@lowey.com*

Anthony M. Christina (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
*achristina@lowey.com*

James A. Francis (*pro hac vice* forthcoming)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street
Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
*jfrancis@consumerlawfirm.com*

Robert P. Cocco (*pro hac vice* forthcoming)
**ROBERT P. COCCO, P.C.**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 351-0200
*bob.cocco@phillyconsumerlaw.com*

*Counsel for the Urciuoli Plaintiffs and the Proposed Class*

MARK ABRAMOWITZ
*mabramowitz@dicellolevitt.com*
**DICELLO LEVITT LLC**
Western Reserve Law Building
7556 Mentor Ave
Mentor, Ohio 44060
Telephone: (440) 953-8888

AMY E. KELLER (*pro hac vice* forthcoming)
*akeller@dicellolevitt.com*
JAMES A. ULWICK (*pro hac vice* forthcoming)
*julwick@dicellolevitt.com*
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

4

JAMES J. PIZZIRUSSO (*pro hac vice* forthcoming)
*jpizzirusso@hausfeld.com*
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200

STEVEN M. NATHAN (*pro hac vice* forthcoming)
*snathan@hausfeld.com*
KATHERINE HANSSON (*pro hac vice* forthcoming)
*khansson@hausfeld.com*
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, New York 10004
Telephone: (646) 357-1100

JEFFREY KALEIL (*pro hac vice* forthcoming)
*jkaliel@kalielpllc.com*
**KALIEL GOLD PLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

*Counsel for the Brouty Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Marc E. Dann*
> Marc E. Dann
> *Counsel for the Bozin Plaintiffs and*
> *the Putative Class*